**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

Case No.: 8:22-bk-03012-RCT
Chapter 13

**TOM PAUL TROMBLEY,**

Debtor.

_____/

**MOTION TO VACATE ORDER**
**DIRECTING MORTGAGE MODIFICATION**
**MEDIATION [D.E. 18] AND REQUEST FOR SANCTIONS**

Secured Creditor, U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust as Serviced by Rushmore Loan Management Services**,** ("Secured Creditor"), by and through its undersigned attorney, hereby files this Motion to Vacate Order Directing Mortgage Modification Mediation [D.E. 18] and Request for Sanctions. In support of its Motion, Secured Creditor states as follows:

**PROCEDURAL FACTS**

1.     On July 26, 2022 (the "Petition Date"), the Debtor filed its Voluntary Petition under Chapter 13 of the United States Bankruptcy Code [D.E. 1].

2.     On August 9, 2022, the Debtor filed its Chapter 13 Plan [D.E. 10] which indicated that the Debtor intended on participating in Mortgage Modification Mediation ("MMM") with Secured Creditor and contained a MMM adequate protection payment of $679.83 in months 1-60.

3.     On September 8, 2022, Secured Creditor's timely filed Proof of Claim 1-1 ("the Claim") which evidenced a total secured claim of $225,762.01, an arrearage of $65,866.65 and a regular post-petition contractual monthly payment of $1,470.99.

4.     On September 19, 2022, the Debtor filed its Motion for Referral to Mortgage Modification Mediation with Secured Creditor [D.E. 17].

5.     On September 20, 2022, this Court entered a Mortgage Modification Mediation Order [D.E. 18] (the "MMM Order").

6.     Pursuant to Paragraph # 8 of the MMM Order, "[N]o later than seven days after the Lender's registration on the Portal, the Debtor shall a) pay the Portal fee, b) upload a copy of this Order to the Portal, and c) submit all documents and financial information requested by the Lender to the Portal."

7.     Secured Creditor has been registered on the portal since prior to the inception of this bankruptcy case.  The Debtor failed to open the file on the portal and submit the Completed Package within the seven days in direct violation of paragraph # 7 of the MMM Order.  The Debtor did not do so until October 28, 2022, more than a month after the entry of the MMM Order.

8.     On or about November 9, 2022, Secured Creditor advised the Debtor that the Debtor was ineligible for a modification as the Debtor has exhausted the number of modification reviews allowed by the investor.  See Denial Letters attached hereto as "**Exhibit A**".

9.     Based on the investor guidelines, the Debtor is only eligible for two (2) loan modifications reviews per default.  The Debtor's first review resulted in a denial on or about September 16, 2021 as the Debtor's debt to income ratio was 50.1% which was outside of the acceptable range.  See first review Denial Letter attached hereto as "**Exhibit B**."  The Debtor's

second review also, resulted in a denial on or about March 17, 2022 showing a debt to income ratio of 38.7% which again was outside of the acceptable range.  See second review Denial Letter attached hereto as "**Exhibit C**."

10.     Secured Creditor has attempted to mediate in good faith and has requested the mediation be scheduled as soon as possible to discuss the Debtor's non-retention options. However, the Debtor has repeatedly delayed the scheduling of the mediation and when the mediation was finally scheduled for March 30, 2023, a coupled days before the scheduled mediation, the Debtor requested another continuance for several weeks out.

11.     Pursuant to paragraph #9 of the MMM Order, the mediation was to be scheduled within 28 days of the entry of the MMM Order. It has been 6 months since the Order has been entered and to date, there is no mediation scheduled due to the Debtor's delay.

12.     Pursuant to paragraph #10 of the MMM Order, parties shall conclude the mediation with 150 days from the entry of the Order. Therefore, the MMM Order expired Feb 17, 2023 and Secured Creditor has not consented to an extension of the allotted time.

## LEGAL BASIS FOR RELIEF REQUESTED

13.     Pursuant to Paragraph # 25 of the MMM Order, "[i]f any parties or counsel fail to comply with the terms of this Order, the Court will consider a motion to vacate the Order and may also impose sanctions."  Secured Creditor hereby requests that this Court vacate the MMM Order and impose sanctions on the Debtor in light of the clear lack of good faith and failure to comply with the MMM Order, the expiration of the MMM Order, as well as the Debtor's ineligibility for a modification.

14.     Additionally, Secured Creditor has expended additional attorney's fees associated with the filing of this instant Motion and seeks recovery of same.

15.     Secured Creditor seeks entry of an Order Vacating the Mortgage Modification Mediation Order, (ii) sanctioning the Debtor for noncompliance, and (iii) directing the Debtor to pay Secured Creditor reasonable attorney's fee associated with the prosecution of this Motion.

**WHEREFORE**, Secured Creditor, prays that this Court grant the Motion to Vacate Order Directing Mortgage Modification Mediation [D.E. 18] and Request for Sanctions, award attorney's fees for the prosecution of this Motion, and granting any further relief that this Court deems just and proper.

**Dated this 30th day of March, 2023.**

Respectfully submitted,

**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
1031 N Miami Beach Blvd
Miami, Florida 33162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: ____/s/ Melbalynn Fisher_____
      Melbalynn Fisher, Esq.
      Florida Bar No. 107698
      mfisher@ghidottiberger.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 30, 2023, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission

of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:


***Debtor***
**Tom Paul Trombley**
8528 92nd Terrace North
Largo, FL 33777

***Debtor's Counsel***
L Jill McDonald
Law Offices of Jill McDonald, LLC
7500 65th St. North
Pinellas Park, FL 33781

***Trustee***
**Kelly Remick**
Chapter 13 Standing Trustee
Post Office Box 89948
Tampa, FL 33689

***U.S. Trustee***
**United States Trustee - TPA7/13, 7**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

By:____/s/ Melbalynn Fisher_____
         Melbalynn Fisher, Esq.

EXHIBIT "A"



Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619
888-504-6700 | www.rushmorelm.com

April 05, 2022

Tom P Trombley
Bridget R Trombley
C/o Michael L. Harvey
9420 Forestwood Lane # 203
Manassas, VA 20110 0000

Loan No.:
Property Address: 8528 92nd Terrace N
Largo FL 33777

Dear Tom P Trombley :
Dear Bridget R Trombley :

Re: Loan Modification Request-Notice of Action Taken

Thank you for your recent request for an additional review for a loan
modification for the above-referenced property.  Your request was
carefully considered, but we regret to inform you that we are unable
to offer a loan modification at this time. As this was a second
modification review based on a change in your financial circumstances,
you have now exhausted the number of opportunities for review that are
provided for this delinquency. Therefore, this decision is final related
to loan modification.

As mentioned previously, however, there are additional loss mitigation
alternatives that we may be able to assist you with, such as short sale or
deed-in-lieu of foreclosure. Please contact your Single Point of Contact,
Arlene Valencia, at 949-341-5637 if you would like to discuss
these potential alternatives to foreclosure.

If you have any questions regarding this letter, you should contact us
at Rushmore Loan Management Services LLC, 15480 Laguna Canyon Road, Suite
100, Irvine, CA 92618 or toll free at 1-888-504-7300 Monday through
Thursday between the hours of 6:00 a.m. to 7:00 p.m., Friday 6:00 a.m.
to 6:00 p.m. Pacific Time.

Sincerely,
Arlene Valencia
Loss Mitigation Department
LM337 043 SL1

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion.  Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### Notice of Error Resolution & Information Request Procedures
The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***

**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262
All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### HUD STATEMENT
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

### Equal Credit Opportunity Act Disclosure
NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

Rev 3/22

## STATE SPECIFIC NOTICES

**The following notice applies to Arkansas residents only:**

Please note that Rushmore Loan Management Services LLC is licensed in Arkansas and that complaints about Rushmore Loan Management Services LLC may be submitted to the Arkansas Securities Department via the Department's website (http://www.securities.arkansas.gov/) or toll-free 1-800-981-4429.

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car.
Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:
Irvin Borenstein
7200 S. Alton Way, #B180
Centennial, CO 80112
303-309-3839

**The following notice applies to Hawaii residents only:**

Rushmore is licensed by the Division of Financial Institutions for the State of Hawaii. A borrower may file a complaint about Rushmore Loan Management Services with the Commissioner:

**Division of Financial Institutions**
Department of Commerce and Consumer Affairs
King Kalakaua Building
335 Merchant Street, Rm. 221
Honolulu, HI 96813

If you believe your loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or dfi@dcca.hawaii.gov.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to North Carolina residents only:**

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website,** www.nccob.gov .

**RUSHMORE LOAN MANAGEMENT SERVICES LLC Branch Addresses:**
California Branch: 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618
Texas Branch: 8616 Freeport Pkwy, Suite 100, Irving, TX 75063
Oklahoma Branch: 2000 North Classen Blvd, Suite N3400, Oklahoma City, OK 73106

**Collection Agency**
CA Office License Number: **103651**
TX Office License Number: **112248**
OK Office License Number: **113559**

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419
Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

NMLS Unique ID Number 185729

Please be advised that calls regarding your property insurance requirements may be answered by Southwest Business Corporation, a third party insurance producer and tracking services provider.

You may request to receive communications from Rushmore in alternative format, which may include large print, Braille, or audio. To make this request, please contact Rushmore at (888) 504-6700.

New York City Consumers:

Rushmore Loan Management Services may provide language access services to consumers who seek to communicate in a language other than English when contacting our customer service center and speaking to a live agent.

A translation and description of commonly-used debt collection terms is available in multiple languages on the New York City Department of Consumer Affairs' website, **www.nyc.gov/dca**.

**The following notice applies to Texas residents only:**

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**The following notice applies to Oregon residents only:**

Pursuant to Oregon Revised Statutes 86A.324, the Director of the Department of Consumer and Business Services prescribed by law and pursuant to FSR 25-2020: Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 888-504-6700. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

**The following notice applies to Pennsylvania residents only:**

The lender shall retain a security interest in the residential real estate unless and until the debt is fully satisfied and the security interest is released.

**The following notice applies to Wisconsin residents only:**

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.



Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619
888-504-6700 | www.rushmorelm.com

```
^ ___ _FL_LM337^
^045_ _04A_B_8528 92nd Terrace N ^
^Seminole _FL_33777_ ^
```

March 29, 2023

Tom P Trombley
Bridget R Trombley
C/o Michael L. Harvey

8528 92nd Terrace N
Seminole, FL 33777

Loan No.:
Property Address: 8528 92nd Terrace N
Largo FL 33777

Dear Tom P Trombley :
Dear Bridget R Trombley :

Re: Loan Modification Request-Notice of Action Taken

Thank you for your recent request for an additional review for a loan
modification for the above-referenced property.  Your request was
carefully considered, but we regret to inform you that we are unable
to offer a loan modification at this time. As this was a second
modification review based on a change in your financial circumstances,
you have now exhausted the number of opportunities for review that are
provided for this delinquency. Therefore, this decision is final related
to loan modification.

As mentioned previously, however, there are additional loss mitigation
alternatives that we may be able to assist you with, such as short sale or
deed-in-lieu of foreclosure. Please contact your Single Point of Contact,
STEVEN LARSON, at 469-458-5936 if you would like to discuss
these potential alternatives to foreclosure.

If you have any questions regarding this letter, you should contact us
at Rushmore Loan Management Services LLC, 15480 Laguna Canyon Road, Suite
100, Irvine, CA 92618 or toll free at 1-888-504-7300, Monday through
Friday, 8:00 a.m. to 6:00 p.m., CT.

Sincerely,
STEVEN LARSON
Loss Mitigation Department
LM337 045 SL1

NMLS #185729

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion.  Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### Notice of Error Resolution & Information Request Procedures

The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***

**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1.  Your name
2.  Account number
3.  Property Address
4.  Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5.  Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### HUD STATEMENT

Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

### Equal Credit Opportunity Act Disclosure

NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

**The following notice is in reference to the Homeowner Assistance Fund:**

The Homeowner Assistance Fund is a federal program to help homeowners impacted by COVID-19 resolve mortgage payments and other housing expenses.  To learn more about the availability of Homeowner Assistance Funds in your state, please visit Rushmore's State Homeowner Assistance Resources page at https://www.rushmorelm.com/state-assistance/

## STATE SPECIFIC NOTICES

**The following notice applies to Arkansas residents only:**

Please note that Rushmore Loan Management Services LLC is licensed in Arkansas and that complaints about Rushmore Loan Management Services LLC may be submitted to the Arkansas Securities Department via the Department's website (http://www.securities.arkansas.gov/) or toll-free 1-800-981-4429.

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car.
Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:
Irvin Borenstein
7200 S. Alton Way, #B180
Centennial, CO 80112
303-309-3839

**The following notice applies to Hawaii residents only:**

Rushmore is licensed by the Division of Financial Institutions for the State of Hawaii. A borrower may file a complaint about Rushmore Loan Management Services with the Commissioner:

**Division of Financial Institutions**
Department of Commerce and Consumer Affairs
King Kalakaua Building
335 Merchant Street, Rm. 221
Honolulu, HI 96813

If you believe your loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or dfi@dcca.hawaii.gov.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to North Carolina residents only:**

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website,** www.nccob.gov .

**RUSHMORE LOAN MANAGEMENT SERVICES LLC Branch Addresses:**

California Branch: 15480 Laguna Canyon Road, Suite 100, Irvine CA 92618
Texas Branch: 8616 Freeport Pkwy, Suite 100 Irving, TX 75063
Oklahoma Branch: 2000 North Classen Blvd, Suite N3400, Oklahoma City, OK 73106

**Collection Agency**
CA Office License Number: **103651**
TX Office License Number: **112248**
OK Office License Number: **113559**


**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419
Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

NMLS Unique ID Number 185729

Please be advised that calls regarding your property insurance requirements may be answered by Southwest Business Corporation, a third party insurance producer and tracking services provider.

You may request to receive communications from Rushmore in alternative format, which may include large print, Braille, or audio. To make this request, please contact Rushmore at (888) 504-6700.

New York City Consumers:

 Rushmore Loan Management Services may provide language access services to consumers who seek to communicate in a language other than English when contacting our customer service center and speaking to a live agent.

 A translation and description of commonly-used debt collection terms is available in multiple languages on the New York City Department of Consumer Affairs' website, **www.nyc.gov/dca.**


**The following notice applies to Texas residents only:**

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**The following notice applies to Oregon residents only:**

Pursuant to Oregon Revised Statutes 86A.324, the Director of the Department of Consumer and Business Services prescribed by law and pursuant to FSR 25-2020: Borrowers:  The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 888-504-6700. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

**The following notice applies to Pennsylvania residents only:**

The lender shall retain a security interest in the residential real estate unless and until the debt is fully satisfied and the security interest is released.

**The following notice applies to Wisconsin residents only:**

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

# EXHIBIT "B"



**Rushmore Loan Management Services**
PO Box 55004
Los Angeles, CA 90051
www.rushmorelm.com
(888) 504-8388

September 16, 2021

Tom P Trombley
Bridget R Trombley
8528 92nd Ter N
Largo, FL 33777 0000

Loan No.:
Property Address: 8528 92nd Terrace N
Largo FL 33777

Re: Loan Modification Request-Notice of Action Taken

Dear Tom P Trombley :
Dear Bridget R Trombley :

Thank you for your recent request for a loan modification. We have
completed reviewing you for all modification programs for which you
are eligible. Based on a careful review of the information you provided
us, unfortunately we are not able to offer you a loan modification,
please see below for further information. However, we are offering you
an opportunity to pursue a short sale. Please note, all short sale offers
are subject to final approval by the owner of your loan. If the value of
your home exceeds the amount owed, this may be considered a "full payoff"
and does not require approval. To request a payoff quote, please contact
1-888-504-7300.

**About a Short Sale**

A short sale is the sale of your property for less than the balance
remaining on your mortgage loan.  With a short sale, if you are able
to close the short sale on terms that have been approved by us,
which may include a personal contribution, and once the proceeds from
the sale are received, we will release our mortgage lien on your
property even though the proceeds are less than the loan balance you
owe.

**To Accept This Offer**

You must provide a fully executed listing agreement for your property
at the address provided below no later than fourteen (14) calendar days
from the date of this letter to indicate your intent to accept this
offer and pursue a short sale.  If you do not provide the fully

executed listing agreement by the deadline of this offer, subject to
other protections afforded you on the right of appeal for the
modification decision as noted below, we shall continue with the
foreclosure process which may result in a foreclosure sale of your
property.

**TIME IS OF THE ESSENCE**

If you provide the required documentation by the deadline to accept
this offer, in order to allow you time to sell your home, we will defer
or suspend the current foreclosure action on your loan until forty-five
(45) calendar days from the date of this letter ("Suspension Period").
We will review and respond to any purchase offers you submit during the
Suspension Period within 30 days of the date we receive the purchase
offer if it is accompanied with the following supporting documentation,
as previously outlined in our response to your initial application:

- Fully executed purchase contract
- Estimated HUD 1 showing distribution of proceeds to all parties
  and any supporting schedules

If you are not able to obtain a purchase offer that is acceptable to us
or submit the purchase offer required documentation listed above by the
expiration of the Suspension Period, you may continue your short sale
efforts, but we will commence or continue foreclosure actions. During
this time, we may review any purchase offer submitted, but only if
there is adequate time prior to the foreclosure sale date.

If you have any questions about pursuing a short sale or a short sale
is not a viable option due to your circumstances, you may be eligible
for a Deed-in-Lieu of foreclosure and you need information regarding
this option, please contact your single point of contact,
Arlene Valencia at 949-341-5637.

Please note that pursuing a short sale may result in cancellation of a
portion of your debt.  Cancellation of debt may have tax consequences.
Please consult your tax advisor to discuss potential tax consequences.

**Additional Information and Legal Notices**

**You were not approved for a loan modification Trial Period Plan.**
You were evaluated for mortgage payment assistance based on the
eligibility requirements of LB-Tiki Series IV Trust,
the owner of your mortgage loan.

Based on our review of your financial circumstances, although you may
have a hardship, you are not eligible based on the following reason(s):

Your monthly Income amount of $ 2,992.50 :
X Is not sufficient to sustain any payments under any available
  loan modification program.



Rushmore Loan Management Services
PO Box 55004
Los Angeles, CA 90051
www.rushmorelm.com
(888) 504-8388

Your Employment History:
    Is not sufficient in length to qualify.

Your Credit History:
X Reveals that current obligations are excessive in relation to
    income.
    Could not be verified.

Good Faith Payment:
    Proof of the good faith payment was not received.
    The amount of good faith payment is insufficient to offer a
    loan modification.

Prior Modification History:
    The maximum number of modifications for the loan has been exceeded.

Other:
    The Owner of your loan does not offer a loan modification on the
    terms requested.


The Owner of your loan is LB-Tiki Series IV Trust.

The Property value used in making this determination was $225,000.

We have completed reviewing you for the following loan modification
programs the owner of your loan offers:

    Proprietary Modification

LM243 108 RO1

NMLS #185729



Rushmore Loan Management Services
PO Box 55004
Los Angeles, CA 90051
www.rushmorelm.com
(888) 504-8388

**Right to Appeal**

You have the right to appeal our determination of your request for a loan modification. If you would like to appeal, you must contact us in writing at the address provided below no later than fourteen days (14) from the date of this letter or thirty days (30) from the date of this letter if the property is located in California, Washington, or Nevada with the following required information included:

- Include your name, property address, mortgage loan number.

- State you are requesting an appeal and include the reasons for your appeal.

- Provide supporting documentation as needed. Any supplemental documentation provided must be related to the information previously provided in your original application.

Your right to appeal expires after 14 days from the date of this Letter or 30 days from the date of this letter if the property is located in California, Washington, or Nevada.

Any appeal request or documentation received after that date may not be considered.

If you elect to appeal, we will provide you a written notice of our appeal decision within thirty (30) calendar days of receiving your appeal. Our appeal decision is final and not subject to further appeal. Appeals are not considered new applications and are not subject to consideration of any new information that may have resulted from a change in circumstances since the decision was rendered.

If you elect to appeal, you do not have to make the full mortgage payment amount until resolution of the appeal; however, the failure to make such payments may have adverse impacts to your credit rating. If we determine on the appeal that you are eligible for a loan modification program, we will send you an offer for that program. In that case, you may choose to make the full mortgage payment amount (including any delinquent amounts and late charges that have accrued during the appeal process) or you may notify us of your intent to accept the loan modification program offer by contacting us at the address or toll free number noted below within fourteen (14) calendar days from the date of the appeal decision.

Your Single Point of Contact is: Arlene Valencia. He/She can be reached at 949-341-5637 or you may call our Toll Free Number: 1-888-504-7300.

Hours: Monday through Thursday between the hours of 6:00 a.m. to 7:00 p.m.
       Pacific Time.
       Friday between the hours of 6:00 a.m. to 6:00 p.m. Pacific Time.

Email Address: LossMitigation@rushmorelm.com

NMLS #185729


Mailing Address
Rushmore Loan Management Services LLC
15480 Laguna Canyon Dr. Suite 100
Irvine, CA 92618

If Rushmore needs additional documentation in order to consider your
appeal, we will request the documents from you.

The consumer reporting agencies we contacted that provided information
influencing our decision in whole or in part were:

| | | |
|---|---|---|
| Equifax Credit Information | TransUnion | Innovis |
| P.O. Box 740241 | P.O. Box 1000 | P.O. Box 1689 |
| Atlanta, GA 30374 | Chester, PA 19022 | Pittsburgh, PA 15230-1689 |
| 1-877-576-5734 | 1-800-680-7289 | Attn:Consumer Assistance |

The reporting agencies played no part in our decision and are unable to
supply specific reasons why we have denied a loan modification to you.
You do, however, have a right under the Fair Credit Reporting Act to
know the information contained in your credit file. You also have the
right to a free copy of your report from the reporting agencies, if you
request it no later than 60 days after you receive this notice. In
addition, if you find that any information contained in the report you
receive is inaccurate or incomplete, you have the right to dispute the
matter with the reporting agencies. Any questions regarding such
information should be directed to the consumer reporting agencies.

 (Check if applicable) Our credit decision was based in whole or in
part on information obtained from an affiliate or outside source other than
a consumer reporting agency. Under the Fair Credit Reporting Act, you
have the right to make a written request, no later than 60 days after you
receive this notice, for disclosure of the nature of this information.

Any other questions regarding this letter please feel free to contact
your SPOC Arlene  Valencia      or Rushmore Loan Management Services LLC
at the contact number and address listed above.

Sincerely,

Loss Mitigation Department

Housing counselors and legal assistance may be available at little or
no cost to you. If you would like assistance in determining your rights
and opportunities to keep your house, you may contact: United States
Department of Housing and Urban Development (HUD), toll free
1-888-995-HOPE(4673).

Please read important Legal Information on the next page.

LM259 007 RO1

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion.  Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### Notice of Error Resolution & Information Request Procedures

The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***

**Rushmore Loan Management Services LLC**

P.O. Box 52262

Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### HUD STATEMENT

Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

### Equal Credit Opportunity Act Disclosure

NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

Rev 04/21

# STATE SPECIFIC NOTICES

**The following notice applies to Arkansas residents only:**

Please note that Rushmore Loan Management Services LLC is licensed in Arkansas and that complaints about Rushmore Loan Management Services LLC may be submitted to the Arkansas Securities Department via the Department's website (http://www.securities.arkansas.gov/) or toll-free 1-800-981-4429.

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car.
Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:
Irvin Borenstein
7200 S. Alton Way, #B180
Centennial, CO 80112
303-309-3839

**The following notice applies to Hawaii residents only:**

Rushmore is licensed by the Division of Financial Institutions for the State of Hawaii. A borrower may file a complaint about Rushmore Loan Management Services with the Commissioner:

**Division of Financial Institutions**
Department of Commerce and Consumer Affairs
King Kalakaua Building
335 Merchant Street, Rm. 221
Honolulu, HI 96813

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to North Carolina residents only:**

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website,** www.nccob.gov .

**RUSHMORE LOAN MANAGEMENT SERVICES LLC Branch Addresses:**
California Branch: 15480 Laguna Canyon Road, Suite 100, Irvine CA 92618
Texas Branch: 1755 Wittington Place, Suite 400, Dallas TX 75234
Oklahoma Branch: 2000 North Classen Blvd, Suite N3400, Oklahoma City, OK 73106

**Collection Agency**
CA Office License Number: **103651**
TX Office License Number: **112248**
OK Office License Number: **113559**


**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419
Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

NMLS Unique ID Number 185729

Please be advised that calls regarding your property insurance requirements may be answered by Southwest Business Corporation, a third party insurance producer and tracking services provider.


**The following notice applies to Texas residents only:**

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**The following notice applies to Oregon residents only:**


Pursuant to Oregon Revised Statutes 86A.324, the Director of the Department of Consumer and Business Services prescribed by law and pursuant to FSR 25-2020: Borrowers:  The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 888-504-6700. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.


**The following notice applies to Pennsylvania residents only:**

The lender shall retain a security interest in the residential real estate unless and until the debt is fully satisfied and the security interest is released.

**The following notice applies to Wisconsin residents only:**

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

EXHIBIT "C"



Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619
888-504-6700 | www.rushmorelm.com

March 17, 2022

Tom P Trombley
Bridget R Trombley
C/o Michael L. Harvey
9420 Forestwood Lane # 203
Manassas, VA 20110 0000

Loan No.:
Property Address: 8528 92nd Terrace N
Largo FL 33777

Re: Loan Modification Request-Notice of Action Taken

Dear Tom P Trombley :
Dear Bridget R Trombley :

Thank you for your recent request for a loan modification. We have
completed reviewing you for all modification programs for which you
are eligible. Based on a careful review of the information you provided
us, unfortunately we are not able to offer you a loan modification,
please see below for further information. However, we are offering you
an opportunity to pursue a short sale. Please note, all short sale offers
are subject to final approval by the owner of your loan. If the value of
your home exceeds the amount owed, this may be considered a "full payoff"
and does not require approval. To request a payoff quote, please contact
1-888-504-7300.

**About a Short Sale**

A short sale is the sale of your property for less than the balance
remaining on your mortgage loan.  With a short sale, if you are able
to close the short sale on terms that have been approved by us,
which may include a personal contribution, and once the proceeds from
the sale are received, we will release our mortgage lien on your
property even though the proceeds are less than the loan balance you
owe.

**To Accept This Offer**

You must provide a fully executed listing agreement for your property
at the address provided below no later than fourteen (14) calendar days
from the date of this letter to indicate your intent to accept this
offer and pursue a short sale.  If you do not provide the fully

NMLS #185729

executed listing agreement by the deadline of this offer, subject to
other protections afforded you on the right of appeal for the
modification decision as noted below, we shall continue with the
foreclosure process which may result in a foreclosure sale of your
property.

**TIME IS OF THE ESSENCE**

If you provide the required documentation by the deadline to accept
this offer, in order to allow you time to sell your home, we will defer
or suspend the current foreclosure action on your loan until forty-five
(45) calendar days from the date of this letter ("Suspension Period").
We will review and respond to any purchase offers you submit during the
Suspension Period within 30 days of the date we receive the purchase
offer if it is accompanied with the following supporting documentation,
as previously outlined in our response to your initial application:

- Fully executed purchase contract
- Estimated HUD 1 showing distribution of proceeds to all parties
  and any supporting schedules

If you are not able to obtain a purchase offer that is acceptable to us
or submit the purchase offer required documentation listed above by the
expiration of the Suspension Period, you may continue your short sale
efforts, but we will commence or continue foreclosure actions. During
this time, we may review any purchase offer submitted, but only if
there is adequate time prior to the foreclosure sale date.

If you have any questions about pursuing a short sale or a short sale
is not a viable option due to your circumstances, you may be eligible
for a Deed-in-Lieu of foreclosure and you need information regarding
this option, please contact your single point of contact,
Arlene Valencia at 949-341-5637.

Please note that pursuing a short sale may result in cancellation of a
portion of your debt.  Cancellation of debt may have tax consequences.
Please consult your tax advisor to discuss potential tax consequences.

**Additional Information and Legal Notices**

**You were not approved for a loan modification Trial Period Plan.**
You were evaluated for mortgage payment assistance based on the
eligibility requirements of LB-Cabana Series IV Trust,
the owner of your mortgage loan.

Based on our review of your financial circumstances, although you may
have a hardship, you are not eligible based on the following reason(s):

Your monthly Income amount of $ 3,051.25 :
X Is not sufficient to sustain any payments under any available
  loan modification program.

NMLS #185729



Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619
888-504-6700 | www.rushmorelm.com

Your Employment History:
  Is not sufficient in length to qualify.

Your Credit History:
  Reveals that current obligations are excessive in relation to
  income.
  Could not be verified.

Good Faith Payment:
  Proof of the good faith payment was not received.
  The amount of good faith payment is insufficient to offer a
  loan modification.

Prior Modification History:
  The maximum number of modifications for the loan has been exceeded.

Other:
  The Owner of your loan does not offer a loan modification on the
  terms requested.


The Owner of your loan is LB-Cabana Series IV Trust.

The Property value used in making this determination was $225,000.

We have completed reviewing you for the following loan modification
programs the owner of your loan offers:

  Proprietary Modification

LM243 108 RO1



Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619
☎ 888-504-6700 | www.rushmorelm.com

**Right to Appeal**

You have the right to appeal our determination of your request for a loan modification. If you would like to appeal, you must contact us in writing at the address provided below no later than fourteen days (14) from the date of this letter or thirty days (30) from the date of this letter if the property is located in California, Washington, or Nevada with the following required information included:

- Include your name, property address, mortgage loan number.

- State you are requesting an appeal and include the reasons for your appeal.

- Provide supporting documentation as needed. Any supplemental documentation provided must be related to the information previously provided in your original application.

Your right to appeal expires after 14 days from the date of this Letter or 30 days from the date of this letter if the property is located in California, Washington, or Nevada.

Any appeal request or documentation received after that date may not be considered.

If you elect to appeal, we will provide you a written notice of our appeal decision within thirty (30) calendar days of receiving your appeal. Our appeal decision is final and not subject to further appeal. Appeals are not considered new applications and are not subject to consideration of any new information that may have resulted from a change in circumstances since the decision was rendered.

If you elect to appeal, you do not have to make the full mortgage payment amount until resolution of the appeal; however, the failure to make such payments may have adverse impacts to your credit rating. If we determine on the appeal that you are eligible for a loan modification program, we will send you an offer for that program. In that case, you may choose to make the full mortgage payment amount (including any delinquent amounts and late charges that have accrued during the appeal process) or you may notify us of your intent to accept the loan modification program offer by contacting us at the address or toll free number noted below within fourteen (14) calendar days from the date of the appeal decision.

Your Single Point of Contact is: Arlene Valencia.  He/She can be reached at 949-341-5637 or you may call our Toll Free Number: 1-888-504-7300.

Hours: Monday through Thursday between the hours of 6:00 a.m. to 7:00 p.m.
       Pacific Time.
       Friday between the hours of 6:00 a.m. to 6:00 p.m. Pacific Time.

Email Address: LossMitigation@rushmorelm.com

NMLS #185729



<u>Mailing Address</u>
Rushmore Loan Management Services LLC
15480 Laguna Canyon Dr. Suite 100
Irvine, CA 92618

If Rushmore needs additional documentation in order to consider your appeal, we will request the documents from you.

The consumer reporting agencies we contacted that provided information influencing our decision in whole or in part were:

| Equifax Credit Information | TransUnion | Innovis |
|---|---|---|
| P.O. Box 740241 | P.O. Box 1000 | P.O. Box 1689 |
| Atlanta, GA 30374 | Chester, PA 19022 | Pittsburgh, PA 15230-1689 |
| 1-877-576-5734 | 1-800-680-7289 | Attn:Consumer Assistance |

The reporting agencies played no part in our decision and are unable to supply specific reasons why we have denied a loan modification to you. You do, however, have a right under the Fair Credit Reporting Act to know the information contained in your credit file. You also have the right to a free copy of your report from the reporting agencies, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agencies. Any questions regarding such information should be directed to the consumer reporting agencies.

 (Check if applicable) Our credit decision was based in whole or in part on information obtained from an affiliate or outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

Any other questions regarding this letter please feel free to contact your SPOC Arlene  Valencia      or Rushmore Loan Management Services LLC at the contact number and address listed above.

Sincerely,

Loss Mitigation Department

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact: United States Department of Housing and Urban Development (HUD), toll free 1-888-995-HOPE(4673).

Please read important Legal Information on the next page.

LM259 007 RO1

NMLS #185729

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion.  Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### Notice of Error Resolution & Information Request Procedures

The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***

**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### HUD STATEMENT

Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

### Equal Credit Opportunity Act Disclosure

NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

## STATE SPECIFIC NOTICES

**The following notice applies to Arkansas residents only:**

Please note that Rushmore Loan Management Services LLC is licensed in Arkansas and that complaints about Rushmore Loan Management Services LLC may be submitted to the Arkansas Securities Department via the Department's website (http://www.securities.arkansas.gov/) or toll-free 1-800-981-4429.

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car.
Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:
Irvin Borenstein
7200 S. Alton Way, #B180
Centennial, CO 80112
303-309-3839

**The following notice applies to Hawaii residents only:**

Rushmore is licensed by the Division of Financial Institutions for the State of Hawaii. A borrower may file a complaint about Rushmore Loan Management Services with the Commissioner:

**Division of Financial Institutions**
Department of Commerce and Consumer Affairs
King Kalakaua Building
335 Merchant Street, Rm. 221
Honolulu, HI 96813

If you believe your loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or dfi@dcca.hawaii.gov.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to North Carolina residents only:**

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website,** www.nccob.gov .

**RUSHMORE LOAN MANAGEMENT SERVICES LLC Branch Addresses:**
California Branch: 15480 Laguna Canyon Road, Suite 100, Irvine CA 92618
Texas Branch: 1755 Wittington Place, Suite 400, Dallas TX 75234
Oklahoma Branch: 2000 North Classen Blvd, Suite N3400, Oklahoma City, OK 73106

**Collection Agency**
CA Office License Number: **103651**
TX Office License Number: **112248**
OK Office License Number: **113559**

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419
Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

NMLS Unique ID Number 185729

Please be advised that calls regarding your property insurance requirements may be answered by Southwest Business Corporation, a third party insurance producer and tracking services provider.

You may request to receive communications from Rushmore in alternative format, which may include large print, Braille, or audio. To make this request, please contact Rushmore at (888) 504-6700.

New York City Consumers:

 Rushmore Loan Management Services may provide language access services to consumers who seek to communicate in a language other than English when contacting our customer service center and speaking to a live agent.

 A translation and description of commonly-used debt collection terms is available in multiple languages on the New York City Department of Consumer Affairs' website, **www.nyc.gov/dca**.

**The following notice applies to Texas residents only:**

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE
SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH
LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS
AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's
website located at www.sml.texas.gov or obtained from the department upon request by mail at
the address above, by telephone at its toll-free consumer hotline listed above, or by email at
smlinfo@sml.texas.gov.

**The following notice applies to Oregon residents only:**

Pursuant to Oregon Revised Statutes 86A.324, the Director of the Department of Consumer and Business Services prescribed by law and pursuant to FSR 25-2020: Borrowers:  The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 888-504-6700. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

**The following notice applies to Pennsylvania residents only:**

The lender shall retain a security interest in the residential real estate unless and until the debt is fully satisfied and the security interest is released.

**The following notice applies to Wisconsin residents only:**

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.